MORALES V STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, No. 136823; Leave to appeal denied at 483 Mich 877. Reported below: 279 Mich App 720.

PEOPLE V GLENN WILLIAMS, No. 136929. Leave to appeal denied at 482 Mich 1035. Court of Appeals No. 284585.

PEOPLE V PLATTE, No. 137011. Leave to appeal denied at 482 Mich 1078. Court of Appeals No. 282046.

KELLY, J. I would grant the motion for reconsideration.

PEOPLE V WALLACE, No. 137296. Leave to appeal denied at 483 Mich 887. Court of Appeals No. 282681.

KELLY, C.J. I would grant reconsideration.

CAVANAGH, J. I would grant reconsideration and, on reconsideration, would grant leave to appeal.

HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

PEOPLE V WHITT, No. 137306. Leave to appeal denied at 482 Mich 881. Court of Appeals No. 286559.

PEOPLE V EDENSTROM, No. 137390. Leave to appeal denied at 483 Mich 887. Reported below: 280 Mich App 75.

HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

MUNSTER V CITY OF BATTLE CREEK, No. 137542. Leave to appeal denied at 483 Mich 855. Court of Appeals No. 284666.

PEOPLE V CORRION, No. 137564. Leave to appeal denied at 483 Mich 882. Court of Appeals No. 278169.

PEOPLE V LEIGH, No. 137599. Leave to appeal denied at 483 Mich 883. Court of Appeals No. 279202.

BURNETT V GENERAL MOTORS CORPORATION, No. 137780. Leave to appeal denied at 483 Mich 896. Court of Appeals No. 288091.

*Leave to Appeal Granted April 29, 2009:*

KYSER V KASSON TOWNSHIP, No. 136680. The parties shall include among the issues to be briefed: (1) whether the "no very serious consequences" rule of *Silva v Ada Twp*, 416 Mich 153 (1982), was superseded by the enactment of 1978 PA 637, MCL 125.297a (now recodified in nearly identical language as MCL 125.3207); (2) whether the "no very serious consequences" rule violates the separation of powers doctrine by providing enhanced judicial review of local zoning decisions; and (3) whether the "no very serious consequences" rule impermissibly shifts the burden of proof onto the local government to defend its zoning policy.

The motions for leave to file briefs amicus curiae are granted. Other persons or groups interested in the determination of the issues presented